EDGAR CARRANZA, ESQ.
Nevada Bar No. 5902
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
ecarranza@messner.com
mwessel@messner.com

*Attorneys for Defendant*
COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA SOSA GUZMAN, an individual; | CASE NO.: 2:22-cv-02070-CDS-BNW |
| Plaintiffs, | |
| vs. | |
| COSTCO WHOLESALE CORPORATION, a foreign corporation dba COSTCO, DOE EMPLOYEES I through X, and ROE BUSINESS ENTITIES I through X inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE**
(1st Request)

Plaintiff, JESSICA SOSA GUZMAN (hereinafter referred to as "Ms. Guzman" or "Plaintiff"), by and through counsel, Kevin Hansen, Esq. and Amanda Harmon, Esq. of the law firm Law Offices of Kevin R. Hansen, and Defendant, COSTCO WHOLESALE CORPORATION (hereinafter referred to as "Costco"), by and through counsel, Edgar Carranza, Esq. and Megan E. Wessel, Esq. of the law firm MESSNER REEVES LLP, hereby submit the instant stipulation and order

to continue the Settlement Conference from May 21, 2024 to June 17, 2024 pursuant to Local Rule 7-1 and 16-5 as follows:

    1.    On November 8, 2022, Plaintiff filed her Complaint against Costco with the Eighth Judicial District Court for Clark County, Nevada.

    2.    On December 1, 2022, Costco filed its Answer denying Plaintiff's allegations and denying all liability for the injuries.

    3.    On December 14, 2022, Costco filed its Petition of Removal and removed the matter to this Court based upon diversity jurisdiction. [Doc No. 1].  On January 19, 2023, Costco filed its Statement Regarding Removal. [Doc. No. 10].

    4.    The parties participated in the Fed. R. Civ. P. 26(f) conference on December 28, 2022, and filed their proposed Joint Discovery Plan and Scheduling Order which was entered by this Court on January 11, 2023. [Doc. No. 8].

    5.    The Parties have been engaged in discovery.  Initially, they exchanged their respective Fed. R. Civ. P. 26 disclosures, and subpoenaed applicable medical records and billing.  In addition, the Parties served multiple sets of written discovery requests to each other, all of which have been responded to.  Depositions of the Parties have been completed.

    6.    On November 13, 2023, Costco filed its Motion for Summary Judgment.  [Doc. No. 19].  Plaintiff filed her Opposition on December 3, 2023 [Doc. No. 20] and Costco filed its Reply on December 18, 2023. [Doc. No. 22].  The motion has not yet been ruled on.

    7.    On January 11, 2024, this Court issued a Minute Order referring this case to a Settlement Conference before U.S. Magistrate Judge Brenda Weksler. [Doc. No. 24].  On February 28, 2024, an Order Scheduling Settlement Conference was served setting the same for April 17, 2024, at 10:00 am.  [Doc. No. 25]

    8.    On April 8, 2024, a Minute Order was issued continuing the Settlement Conference to May 21, 2024, at 10:00 am and setting the Pre-Settlement Conference for May 20, 2024, at 3:00 pm and requiring settlement briefs to be submitted by May 14, 2024, at 4:00 pm.  [Doc No. 26].

    9.    Counsel for Costco is unavailable on May 21, 2024.

10. The Parties have conferred and hereby stipulate to continue the Settlement Conference to **June 17, 2024, at 10:00 am**. Pre-Settlement Conference and submission of confidential settlement briefs shall be scheduled at this Court's discretion.

DATED this 18th day of April, 2024     DATED this 18th day of April, 2024.

**MESSNER REEVES LLP**     **LAW OFFICE OF KEVIN R. HANSEN**

By: /s/ Edgar Carranza     By: /s/ Amanda Harmon
Edgar Carranza, Esq.     Kevin Hansen, Esq.
Nevada Bar No. 5902     Nevada Bar No. 6336
Megan Wessel, Esq.     Amanda Harmon, Esq.
Nevada Bar No. 14131     Nevada Bar No. 15930
8945 West Russell Road, Suite 300     2625 S. Rainbow Blvd., Ste. C-106
Las Vegas, Nevada 89148     Las Vegas, Nevada 89146
*Attorneys for Defendant*     *Attorneys for Plaintiff*
COSTCO WHOLESALE CORPORATION     JESSICA SOSA GUZMAN

**IT IS SO ORDERED…**

| Event | Current Deadline | Updated Deadline |
|---|---|---|
| Settlement Conference | May 21, 2024, at 10:00 am | **August 23, 2024, at 10:00 am** |
| Pre-Settlement Conference | May 20, 2024, at 3:00 pm | **August 22, 2024, at 3:00 pm** |
| Submission of Confidential Briefs | May 14, 2024, at 4:00 pm | **August 16, 2024, at 4:00 pm** |

DATED this  23  day of April, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

**Patti Sherretts**

| | |
|---|---|
| **From:** | Amanda Harmon <amandah@kevinrhansen.com> |
| **Sent:** | Thursday, April 18, 2024 9:05 AM |
| **To:** | Patti Sherretts |
| **Cc:** | Edgar Carranza; Alex Gomez; Megan Wessel |
| **Subject:** | RE: Costco adv. Guzman |

**[ EXTERNAL EMAIL ]**

You may add my e-signature.

Sincerely,

Amanda A. Harmon, Esq.
LAW OFFICES OF KEVIN R. HANSEN
2625 S. Rainbow Blvd., Suite C-106
Las Vegas, Nevada 89146
Phone: (702) 478-7777
Fax: (702) 728-2484
amandah@kevinrhansen.com

-DISCLAIMER-

This electronic mail message and any attachments are confidential and may also contain privileged attorney-client information or work product.  The message and any attachments are intended only for the use of the addressee.  If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you may not use, disseminate, distribute or copy this communication.  If you have received this email in error, please immediately notify us by reply electronic mail or by telephone at (702) 478-7777, and delete this original message.  Thank you.

**From:** Patti Sherretts <PSherretts@messner.com>
**Sent:** Wednesday, April 17, 2024 3:32 PM
**To:** Amanda Harmon <amandah@kevinrhansen.com>
**Cc:** Edgar Carranza <ECarranza@messner.com>; Alex Gomez <alex@kevinrhansen.com>; Megan Wessel <MWessel@messner.com>
**Subject:** Costco adv. Guzman

Ms. Harmon:

Please see the attached correspondence which is being sent on behalf of Edgar Carranza.  If you have any questions, please contact Mr. Carranza directly.

Thank you.

**PATTI SHERRETTS**
Legal Assistant
**O:** 702.363.5100  **E:** psherretts@messner.com
8945 W. Russell Road, Suite 300, Las Vegas, NV 89148

1