EDGAR CARRANZA, ESQ.
Nevada Bar No. 5902
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
ecarranza@messner.com
mwessel@messner.com

*Attorneys for Defendant*
*COSTCO WHOLESALE CORPORATION*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA SOSA GUZMAN, an individual,<br><br>Plaintiff<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a foreign corporation dba COSTCO, DOE EMPLOYEES I through X, and ROE BUSINESS ENTITIES I through X inclusive,<br><br>Defendant | CASE NO.:  2:22-cv-02070-CDS-BNW<br><br>STIPULATION AND ORDER TO CONTINUE TRIAL PENDING COMPLETION OF SETTLEMENT CONFERENCE<br>(First Request)<br><br>[ECF No. 23] |

Plaintiff, JESSICA SOSA GUZMAN (hereinafter referred to as "Ms. Guzman" or "Plaintiff"), by and through counsel, Kevin Hansen, Esq. and Amanda Harmon, Esq. of the Law Offices of Kevin R. Hansen, and Defendant, COSTCO WHOLESALE CORPORATION (hereinafter referred to as "Costco"), by and through counsel, Edgar Carranza, Esq. and Megan E.

{08332527 / 1}

MESSNER REEVES LLP

Wessel, Esq. of the law firm MESSNER REEVES LLP, hereby submit the instant stipulation and order to continue the trial date from May 21, 2024 to June 17, 2024 pursuant to Local Rule 7-1 as follows:

1.      On November 8, 2022, Plaintiff filed her Complaint against Costco with the Eighth Judicial District Court for Clark County, Nevada.

2.      On December 1, 2022, Costco filed its Answer denying Plaintiff's allegations and denying all liability for the injuries.

3.      On December 14, 2022, Costco filed its Petition of Removal and removed the matter to this Court based upon diversity jurisdiction. [Doc No. 1].  On January 19, 2023, Costco filed its Statement Regarding Removal. [Doc. No. 10].

4.      The parties participated in the Fed. R. Civ. P. 26(f) conference on December 28, 2022, and filed their proposed Joint Discovery Plan and Scheduling Order which was entered by this Court on January 11, 2023. [Doc. No. 8].

5.      The Parties have been engaged in discovery.  Initially, they exchanged their respective Fed. R. Civ. P. 26 disclosures, and subpoenaed applicable medical records and billing.  In addition, the Parties served multiple sets of written discovery requests to each other, all of which have been responded to.  Depositions of the Parties have been completed.

6.      On November 13, 2023, Costco filed its Motion for Summary Judgment.  [Doc. No. 19].  Plaintiff filed her Opposition on December 3, 2023 [Doc. No. 20] and Costco filed its Reply on December 18, 2023. [Doc. No. 22].  The motion has not yet been ruled on.

7.      On January 4, 2024, this Court entered the Joint Pretrial Order **setting trial** for **July 29, 2024 at 9:30 am**.  [Doc. No. 23].

8.      On January 11, 2024, this Court issued a Minute Order referring this case to a Settlement Conference before U.S. Magistrate Judge Brenda Weksler.  [Doc. No. 24].  On February 28, 2024, an Order Scheduling Settlement Conference was served setting the same for April 17, 2024, at 10:00 am.  [Doc. No. 25].

9.      On April 8, 2024, a Minute Order was issued continuing the Settlement Conference to May 21, 2024, at 10:00 am and setting the Pre-Settlement Conference for May 20, 2024, at 3:00 pm and requiring settlement briefs to be submitted by May 14, 2024, at 4:00 pm.  [Doc No. 26].  Costco was unavailable on the May 21, 2024, setting for the Settlement Conference.

10.     As a result, the Parties submitted, and this Court entered, a Stipulation and Order to Continue Settlement Conference to **August 23, 2024**.

11.     The August 23, 2024, date for the Settlement Conference is 23 days after the trial in this matter is scheduled to begin.  Accordingly, the Parties agree and hereby submit the instant Stipulation and Order seeking to continue the July 29, 2024, trial date to allow the Settlement Conference to be completed.

12.     The Parties estimate trial will require a total of 5-7 full days to complete, not including *voir dire*.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

13.    The Parties have met, conferred and jointly offer the following three dates for the new trial setting:

a.    February 3, 2025

b.    February 17, 2025

c.    March 10, 2025

DATED this 4th day of June, 2024          DATED this 4th day of June, 2024.

**MESSNER REEVES, LLP**                **Law Office of Kevin R. Hansen**

By:  /s/ Edgar Caranza                By:  /s/ Amanda Harmon
_____              _____
Edgar Carranza, Esq.                 Kevin Hansen, Esq.
Nevada Bar No. 5902                  Nevada Bar No. 6336
Megan Wessel, Esq.                   Amanda Harmon, Esq.
Nevada Bar No. 14131                 Nevada Bar No. 15930
8945 West Russell Road, Suite 300    2625 S. Rainbow Blvd., Ste. C-106
Las Vegas, Nevada 89148              Las Vegas, Nevada 89146
*Attorneys for Defendant*            *Attorneys for Plaintiff*
COSTCO WHOLESALE                     JESSICA SOSA GUZMAN
CORPORATION

**ORDER**

Based on the parties' stipulation, it is ordered that the calendar call presently scheduled for July 18, 2024, at 10:00 a.m., is vacated and continued to February 27, 2025 at 9:30 a.m.; and the trial presently scheduled for July 29, 2024, at 9:30 a.m., is vacated and continued to March 10, 2025 at 9:30 a.m. in courtroom 6B.

Dated: June 11, 2024

_____
UNITED STATES DISTRICT JUDGE